## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-VS-

CASE NO. 3:01-CR-273-J-20HTS

MELISSA MARIE JOHNSON

_____

### EXONERATION OF CASH BAIL

The records in this case indicate that the conditions of the original appearance bond have

been satisfied in accordance with Fed.R.Crim.P. 46(f) and that the bond should be exonerated.

Therefore, it is

**ORDERED** that:

(a)  The Clerk of the Court shall promptly return monies on deposit, plus any interest

accrued, to the individual listed below:

Name of Recipient:                     Paul M. Washburn

Address of Recipient:                  7607 Las Palmas Way
                                       Jacksonville, FL 32256

(b)  If appropriate, the Clerk shall have issued an Internal Revenue Service Form 1099

to the Recipient.

**DONE** and **ORDERED** in Jacksonville, Florida on this _____ day of May, 2006.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Financial Section, Jacksonville
Recipient