UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 JUN 15 A 10: 05

UNITED STATES OF AMERICA,

v.                                                      Case No. 3:01-cr-273-J-20HTS

MELISSA MARIE JOHNSON.
_____/

## ORDER

Before the Court is Defendant's Motion to Reconsider Defendant's Request to Self Surrender to a Federal Facility (Doc. No. 119, filed June 14, 2006). Upon due consideration, the Motion is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 15 day of June 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Dale R. Campion, Esq.
Quentin Till, Esq.
Mitchell A. Stone, Esq.
Garry Randolph, Courtroom Deputy

1